James Wimble Owners and Company to be Devided betwixt th<sup>m</sup> According to their Articles and Agreements etc. dated in Newport this 10th day of June Annoq. Domini 1743 and in the Sixteenth Year of the Reign of His Majesty George the Second by the Grace of God King of Great Britain France and Ireland etc. Sign<sup>d</sup> and Decree<sup>d</sup> by me

Jn° Gidley Judge.

[Admiralty Papers, I, 83]

## JAMES ALLEN VS. JOHN BANISTER, 1743

[An appeal to the Lords Commissioners will not lie where sole issue is whether costs should be paid. (Minute Book, 1740–1743)]

### CITATION JAMES ALLEN ETC. VS JOHN BANISTER

The Court being Opened the Citation read M<sup>r</sup> Banister entered his Reason why he ought not to pay the Costs mentioned in said Citation — After several Pleas by the Att<sup>rys</sup> for the Captors The Court is adjourned to three aClock this afternoon

### CITATION JAMES ALLEN ETC. VS JN° BANISTER

June 15th 1743.

The Court being Opened According Adjournm<sup>t</sup> His Hon<sup>r</sup> the Judge pronounced his Decree — Whereupon the s<sup>d</sup> John Banister moved for an Appeal from this Court to the Commissioners Appointed or to be Appointed under the Great Seal of Great Britain for receiving hearing and determining Appeals in Causes of Prizes, Which Appeal it being only for the Cost of Court the Judge refused to grant him

[Minute Book, 1740–1743]

## JOHN GRIFFITH VS. SNOW *Caulker*, 1743